## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

**NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
and BRIAN GENTRY**

**Plaintiffs,**

**vs.**

**Case No.  09-368**

**SELECT CARPENTRY & COMPONENTS, INC.,**

**Defendant.**

### ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF

Motions for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, finds the following

1.      Defendant Select Carpentry & Components, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2.      Defendant Select Carpentry & Components, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund and by failing to submit to an audit of the company's books and records by

the Plaintiff Fund's designated representative covering the period of August 27, 2007 to the present date.

On the basis of these findings,

**IT IS HEREBY ORDERED:**

(a)     that the Clerk of Court is directed to enter judgment in favor of Plaintiffs North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry and against Defendant Select Carpentry & Components, Inc.;

(b)     that the Defendant Select Carpentry & Components, Inc. shall submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of August 27, 2007 to the present date; and

(c)     that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Dated this _**24th**_ day of _February_____, 2009.

BY THE COURT

_Barbara B Crabb_____
U.S. DISTRICT JUDGE