UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
and BRIAN GENTRY

      Plaintiffs,

vs.

                Case No. 09-368

SELECT CARPENTRY & COMPONENTS, INC.,

      Defendant.

## ENTRY OF JUDGMENT AND INJUNCTIVE RELIEF ON THE DECISION BY THE COURT

  This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

  **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

  1.  Judgment should be entered on behalf of the Plaintiffs North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry and against Defendant Select Carpentry & Components, Inc.,

  2.  Defendant Select Carpentry & Components, Inc. is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of August 27, 2007 to the present date.

3. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Dated at ~~Milwaukee~~ Madison, Wisconsin this 26th day of February, 2009.

BY THE CLERK

Peter Oppeneer

Approved as to form this 24th day of February, 2010.

Barbara B. Crabb
BARBARA B. CRABB, District Judge